E-FILED
Tuesday, 15 November, 2016  03:58:17 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-cr-30061 |
| ) | |
| vs. ) | |
| ) | **UNOPPOSED MOTION TO CONTINUE** |
| ) | **INITIAL APPEARANCE AND** |
| AARON J. SCHOCK, ) | **ARRAIGNMENT** |
| ) | |
| Defendant. ) | |

COMES NOW Defendant Aaron J. Schock ("Defendant"), by and through his counsel, and respectfully requests a continuance of the Initial Appearance and Arraignment sentencing hearing in the captioned matter currently scheduled for Monday, November 21, 2016, and states:

1. On November 10, 2016, an Indictment was filed in the captioned matter, and the Initial Appearance and Arraignment hearing was scheduled for November 21, 2016.

2. However, as has been discussed with the U.S. Attorney's Office, the schedules of Defendant, who is traveling internationally, and counsel for Defendant, including counsel from Washington, D.C., conflict with appearances in Springfield, Illinois on November 21, 2016.

3. As has been further discussed with the U.S. Attorney's Office, Defendant and his counsel are available for the Initial Appearance and Arraignment hearing during the week of December 12, 2016.  With counsel's required travel to Springfield, Defendant respectfully requests the hearing be rescheduled for either late on December 12 or any time during the period December 13 through 16, 2016.

4. The requested continuance is not for the purpose of delay or any other improper purpose, and no party will be prejudiced thereby.

5.      The requested continuance is not inconsistent with timelines from indictment to initial appearance and arraignment in other cases in this District and Division. *See, e.g., United States v. Joseph J. Chernis IV*, Case No. 16-cr-30033 (initial appearance and arraignment held on 6/7/16 following indictment on 5/5/16).

6.      On November 15, 2016, Assistant U.S. Attorney Timothy Bass and First Assistant U.S. Attorney Patrick Hansen stated they had no objection to the continuance being sought herein.

WHEREFORE, Defendant Aaron J. Schock respectfully requests his Initial Appearance and Arraignment hearing be continued until the week of December 12, 2016.

Dated:  November 15, 2016

                                          Respectfully submitted,

/s/ *Jeffrey B. Lang*
Jeffrey B. Lang
**Lane & Waterman LLP**
220 N. Main Street, Suite 600
Davenport, IA 52801-1987
Telephone: (563) 324-3246
Facsimile: (563) 324-1616
Email: jlang@l-wlaw.com

/s/ *George J. Terwilliger III*
_____
George J. Terwilliger III
**MCGUIREWOODS LLP**
2001 K Street N.W., Suite 400
Washington, D.C. 20006-1040
Tel: 202.857.2473
Fax: 202.828.2965
Email: gterwilliger@mcguirewoods.com

*Counsel for Aaron J. Schock*

- 3 -

Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on November 15, 2016 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or record at their respective email address disclosed on the pleadings.

_/s/ Jeffrey B. Lang_