**E-FILED**
Tuesday, 28 March, 2017 05:02:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 16-cr-30061 |
| AARON J. SCHOCK, | ) | |
| Defendant. | ) | |

**DEFENDANT SCHOCK'S MOTION FOR DISCOVERY**
**OF GRAND JURY MATERIALS**

COMES NOW Defendant Aaron J. Schock, by and through counsel, and respectfully moves this Honorable Court for an order directing the government to produce certain grand jury materials as specified herein. The legal and factual basis for this request are detailed in Mr. Schock's Memorandum in Support of Motion for Discovery of Grand Jury Materials.

1. Mr. Schock makes this motion for the grand jury colloquies pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(ii), which permits disclosure of matters occurring before the grand jury where the defendant demonstrates that such matters may disclose a ground for dismissing the indictment.

2. Pursuant to Local Criminal Rule 16.1(C), Mr. Schock submitted a written request for the additional discovery to the government on March 1, 2017. Counsel for Mr. Schock conferred with Acting United States Attorney Hansen and AUSA Bass on March 7, 2017 in an attempt to resolve Mr. Schock's request. The above, and AUSAs Childress and Walters, conferred again on March 17, 2017. The parties could not reach agreement, thus necessitating the filing of this motion.

3. Therefore, Mr. Schock requests that the Court enter an order directing the government to produce (1) the audio recordings and/or transcripts of any colloquy between the prosecutor and the

second grand jury that includes legal instruction to the grand jury regarding the offenses in the Indictment, (2) the audio recordings and/or transcripts of any colloquy between the prosecutor and the second grand jury that includes instruction on the meaning, content, or application of any rule or manual of the U.S. House of Representatives or the Federal Election Commission; and (3) the audio recordings and/or transcripts of any colloquy between the prosecutor and the second grand jury containing any discussion or instruction regarding Mr. Shock testifying or his decision not to testify. In the alternative, Mr. Schock requests that the Court conduct an *in camera* inspection of these materials.

Dated: March 28, 2017

Respectfully submitted,

*/s/ George J. Terwilliger III*

George J. Terwilliger III
Robert J. Bittman
Benjamin L. Hatch
Nicholas B. Lewis
**MCGUIREWOODS LLP**
2001 K Street N.W., Suite 400
Washington, D.C. 20006-1040
Tel: 202.857.2473
Fax: 202.828.2965
Email: gterwilliger@mcguirewoods.com

*/s/ Christina M. Egan*

Christina M. Egan
**MCGUIREWOODS LLP**
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Tel: 312.750.8644
Fax: 312.698.4502
Email: cegan@mcguirewoods.com

*/s/ Jeffrey B. Lang*

Jeffrey B. Lang
**LANE & WATERMAN LLP**
220 N. Main Street, Suite 600
Davenport, Iowa 52801-1987
Tel: 563.333.6647
Fax: 563.324.1616
Email: jlang@L-WLaw.com

*Counsel for Aaron J. Schock*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses disclosed on the pleadings on this 28th day of March, 2017.

*/s/ George J. Terwilliger*

George J. Terwilliger