**E-FILED**
Tuesday, 28 March, 2017  05:04:00 PM
Clerk, U.S. District Court, ILCD

# Exhibit A

State of Illinois
County of McLean

I, Jacob C. Schlipf, Jr., delare as follows:

On November 21, 2016, I had a business meeting at my place of employment with a farmer. Present at the meeting was the farmer, myself and my boss. The farmer mentioned to us that he had missed our last meeting because he was a member of the grand jury investigating former Congressman Aaron Schock. I asked the farmer about the case and he discussed it with us. At some point during the discussion, he remarked that he was more free to talk about the case because the grand jury had been dismissed.

The farmer talked to us about four specific areas of the case. They were mileage, Super Bowl tickets, a private plane taken to a Chicago Bears game and the office remodeling. The farmer also told us that the prosecutor told the grand jury that Aaron Schock and his attorney were requested to appear and that no one had shown up

This is the last thing that I recall the farmer said about the grand jury.

This is a true and accurate summary to the best of my recollection of certain details of the conversation with the farmer. However, it does not contain every detail of that conversation or the surrounding circusmstances of the conversation.

[signature] 2-23-2017

signature date