UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AARON J. SCHOCK, )<br>)<br>Defendant. ) | Case No. 16-cr-30061 |

**MOTION TO DISMISS THE INDICTMENT FOR PROSECUTORIAL MISCONDUCT OR, IN THE ALTERNATIVE, TO BAR THE USE OF EVIDENCE TAINTED BY MISCONDUCT**

COMES NOW Defendant Aaron J. Schock, by and through counsel, and respectfully moves this Honorable Court for an order dismissing the indictment pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(v) for prosecutorial misconduct. In the alternative, Mr. Schock respectfully moves this Honorable Court for an order excluding from the government's case-in-chief witness testimony that was tainted by the government's misconduct.

In support of this request, Mr. Schock incorporates his Memorandum in Support.

Dated: August 1, 2017                                              Respectfully submitted,

/s/ George J. Terwilliger III
_____
George J. Terwilliger III
Robert J. Bittman
Benjamin L. Hatch
Nicholas B. Lewis
**McGuireWoods LLP**
2001 K Street N.W., Suite 400
Washington, D.C. 20006-1040
Tel: 202.857.2473
Fax: 202.828.2965

1

Email: gterwilliger@mcguirewoods.com

*/s/ Christina M. Egan*

_____

Christina M. Egan
**MCGUIREWOODS LLP**
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Tel: 312.750.8644
Fax: 312.698.4502
Email: cegan@mcguirewoods.com

*/s/ Jeffrey B. Lang*

_____

Jeffrey B. Lang
**LANE & WATERMAN LLP**
220 N. Main Street, Suite 600
Davenport, Iowa 52801-1987
Tel: 563.333.6647
Fax: 563.324.1616
Email: jlang@L-WLaw.com

*Counsel for Aaron J. Schock*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses disclosed on the pleadings on this 1st day of August, 2017.

*/s/ George J. Terwilliger III*
_____
George J. Terwilliger III