# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

February 13, 2018

To:

Kenneth A. Wells
UNITED STATES DISTRICT COURT
Central District of Illinois
United States Courthouse & Federal Building
Springfield , IL 62701-0000

| Nos. 17-3277 and 17-3393 | UNITED STATES OF AMERICA, Plaintiff - Appellee, Cross - Appellant, v. AARON J. SCHOCK, Defendant - Appellant, Cross - Appellee. |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:16-cr-30061-CSB-TSH-1 Central District of Illinois District Judge Colin S. Bruce ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:          F.R.A.P. 42(b)

STATUS OF THE RECORD:       no record to be returned

This notice sent to:

[x]   United States Probation Officer

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

| **Date:** | **Received by:** |
|---|---|
| 2/13/2018 | s/ K. Marsh, Division Manager |

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

February 13, 2018

*By the Court:*

| | |
|---|---|
| Nos. 17-3277 and 17-3393 | UNITED STATES OF AMERICA, Plaintiff - Appellee, Cross - Appellant, v. AARON J. SCHOCK, Defendant - Appellant, Cross - Appellee. |
| **Originating Case Information:** | |
| District Court No: 3:16-cr-30061-CSB-TSH-1 Central District of Illinois District Judge Colin S. Bruce | |

Upon consideration of the **GOVERNMENT'S MOTION TO DISMISS CROSS-APPEAL**, filed on February 8, 2018, by counsel for the appellee, cross-appellant,

**IT IS ORDERED** that appeal 17-3393 is **DISMISSED** in accordance with Federal Rule of Appellate Procedure 42(b).

**IT IS FURTHER ORDERED** that briefing in appeal 17-3277 will proceed as follows:

1.   The brief of the appellee is due by March 14, 2018.

2.   The reply brief of the appellant, if any, is due by March 28, 2018.

Important Scheduling Notice !
  Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_FinalOrderWMandate**(form ID: **137**)