AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District Of Illinois Springfield

| United States Of American | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-cr-30061 |
| Aaron J. Schock | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bryan Rudolph, a non-party.

Date:   06/03/2018

/s/ Ryan L. Powers
*Attorney's signature*

Ryan L. Powers of Powers Law, P.C. (ILARDC 630993)
*Printed name and bar number*

Powers Law, P.C.
408 Court Street
Pekin, Illinois 61554

*Address*

ryan@ryanLpowersLaw.com
*E-mail address*

(309) 349-3835
*Telephone number*

(309) 349-3849
*FAX number*