UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 16-CR-30061 |
| | ) | |
| AARON J. SCHOCK, | ) | |
| Defendant. | ) | |

MOTION TO VOLUNTARILIY WITHDRAW MOTIONS TO INTERVENE AND MODIFY OR QUASH AARON SCHOCK'S RULE 17 SUBPOENA TO BRYAN RUDOLPH

NOW COMES Bryan Rudolph ("Rudolph"), an interested party, by and through his attorney Ryan L. Powers of Powers Law, P.C. and for the above titled motion states the following:

1. On July 17, 2018, Rudolph filed a motion for leave to intervene (177) in this matter accompanied by a motion to modify or quash Aaron Shock's ("Schock") Rule 17 subpoena, a memorandum of law, and a supporting affidavit (178).

2. On July 19, 2018, Rudolph's attorney, Ryan Powers, and lawyers for Schock had conversations regarding narrowing the scope of a second subpoena sent to Bryan Rudolph for the new trial date.

3. Shock's counsel agreed to send a revised subpoena for the new trial date that will be more narrowly tailored to specifically identifiable record types as formerly requested by Rudolph in his motion.

4. Shock's counsel indicated that they will agree to omit the words "including, but not limited to" from their second subpoena to Rudolph.

5. Shock's counsel also provided an agreed upon list of record types including ten specific categories of records that will be requested in Schock's second subpoena to Rudolph.

6. Additionally, Schock's counsel conceded that his former Rule 17 subpoena received on August 30, 2017, is moot because the return date was vacated, the trial was vacated and rescheduled.

7. Pursuant to the aforementioned representations between Shock and Rudolph regarding Shock's subpoena, Rudolph agreed to hereby withdraw his July 17, 2018, motions (177 and 178) regarding the former Rule 17 subpoena from Schock.

WHEREFORE, Rudolph respectfully prays that this Court enter an order allowing the voluntary withdrawal of Rudolph's motions (177 and 178) filed on July 17, 2018, and for any other relief this Court finds just and equitable.

Respectfully submitted,
Bryan Rudolph, a third party

/s/ Ryan L. Powers
By: Ryan L. Powers, Bryan Rudolph's attorney
Powers Law, P.C.
408 Court St.
Pekin, IL 61554
PH:    309-349-3835
FAX:   309-349-3849
Email: ryan@ryanlpowerslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2018, the foregoing MOTION TO VOLUNTARILIY WITHDRAW MOTIONS TO INTERVENE AND MODIFY OR QUASH AARON SCHOCK'S RULE 17 SUBPOENA TO BRYAN RUDOLPH was submitted and served, using the Court's ECF system, to the following parties other parties of record designated on under the court's ECF system.

George J. Terwilliger, III
McGuire Woods
2001 K. Street N.W.
Suite 400
Washington, DC 20006-1040
Attorney for Defendant

Nicholas B. Lewis
2001 K. Street NW,  Ste. 400
Washington, DC 20006-1040
Attorney for Defendant

John E. Childress
United States Attorney For the Central District of Illinois
318 S. Sixth St.
Springfield, IL 62701
Attorney for United States

Patrick Hansen
Assistant United States Attorney For the Central District of Illinois
318 S. Sixth St.
Springfield, IL 62701
Attorney for United States

/s/ Ryan L. Powers
By:  Ryan L. Powers, Bryan Rudolph's attorney
Powers Law, P.C.
408 Court St.
Pekin, IL 61554
PH:      309-349-3835
FAX:    309-349-3849
Email:  ryan@ryanlpowerslaw.com