UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cr-30061 |
| | ) | |
| AARON J. SCHOCK, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT AARON J. SCHOCK'S MOTION FOR**
**DISCOVERY OF GRAND JURY COLLOQUIES**

COMES NOW Defendant Aaron J. Schock, by and through undersigned counsel, and respectfully moves this Honorable Court for an order pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(ii) directing the government to produce the entire record of proceedings before the grand jury, including recordings or, to the extent they have been prepared, transcripts of the proceedings between the government and the grand jury where a witness was not present. In light of the government's disclosure of its comments before the grand jury infringing upon Mr. Schock's Fifth Amendment right not to testify, Mr. Schock requested that the government voluntarily produce the grand jury colloquies. The government declined, thus precipitating this motion.

The government's public disclosure of its comments before the grand jury effectively waives the protections of Rule 6(e) over the colloquies Mr. Schock seeks. The government cannot selectively disclose evidence of its wrongdoing and then seek to prevent a full examination of the implications of its misconduct and their legal significance. Moreover, Rule 6(e)(3)(E)(ii) provides that the normal veil of secrecy that shrouds grand jury proceedings may be lifted where a defendant "shows that a ground may exist to dismiss the indictment because of a matter that occurred before

the grand jury." There is no doubt that a ground may exist to dismiss the Indictment in light of the government's comments on Mr. Schock's Fifth Amendment rights. The full grand jury colloquies are required to fully and fairly evaluate the government's conduct and to present Mr. Schock's defense.

If the Court grants Mr. Schock's motion, he additionally requests that the Court grant leave to supplement his motions to Dismiss Indictment for Violation of Fifth Amendment Rights Before the Grand Jury and to Dismiss the Indictment Due to Prejudicial Misconduct Before the Grand Jury, or that the transcripts of the grand jury proceedings be provided in time for Mr. Schock to make use of them at any hearing the Court determines is necessary.

In support of this request, Mr. Schock incorporates his Memorandum in Support.

Dated: August 10, 2018                                    Respectfully submitted,

                                                          */s/ George J. Terwilliger III*
                                                          _____
                                                          George J. Terwilliger III
                                                          Robert J. Bittman
                                                          Benjamin L. Hatch
                                                          Nicholas B. Lewis
                                                          **MCGUIREWOODS LLP**
                                                          2001 K Street N.W., Suite 400
                                                          Washington, D.C. 20006-1040
                                                          Tel: 202.857.2473
                                                          Fax: 202.828.2965
                                                          Email: gterwilliger@mcguirewoods.com

                                                          */s/ Christina M. Egan*
                                                          _____
                                                          Christina M. Egan
                                                          **MCGUIREWOODS LLP**
                                                          77 West Wacker Drive
                                                          Suite 4100
                                                          Chicago, IL 60601-1818
                                                          Tel: 312.750.8644

Fax: 312.698.4502
Email: cegan@mcguirewoods.com


*/s/ Jeffrey B. Lang*
_____
Jeffrey B. Lang
**LANE & WATERMAN LLP**
220 N. Main Street, Suite 600
Davenport, Iowa 52801-1987
Tel: 563.333.6647
Fax: 563.324.1616
Email: jlang@L-WLaw.com

*Counsel for Aaron J. Schock*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses disclosed on the pleadings on this 10th day of August, 2018.

*/s/ George J. Terwilliger III*
_____
George J. Terwilliger III