## DESIGNATION OF A UNITED STATES DISTRICT JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

I designate and assign the Honorable Matthew F. Kennelly to perform the duties of district judge in the United States District Court for the Central District of Illinois in the matter of *United States of America v. Aaron J. Schock*, Case No. 3:16-cr-30061. 28 U.S.C. §292(b).

_____
Diane P. Wood, Chief Judge
United States Court of Appeals
Seventh Circuit

Dated: August 23, 2018