# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-CR-30061-MFK |
| ) | |
| AARON J. SCHOCK, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO CONTINUE STATUS CONFERENCE AND TO STAY DEADLINES

The United States, by and through John E. Childress, United States Attorney for the Central District of Illinois, and Patrick D. Hansen, First Assistant United States Attorney, respectfully requests that the status conference set for August 31, 2018, be continued for a period of not less than 30 days, and that the current deadline for motions and responses be stayed until further order of this Court. In support of these requests, the government states:

1. This matter has recently been reassigned from United States District Judge Colin S. Bruce.

2. The Department of Justice is in the process of reassigning the prosecution of this matter to a different prosecution team outside of the Central District of Illinois.

3. When the successor prosecution team is assigned, it will take some time for the attorneys to become familiar enough with the facts of this case, the charges brought and the procedural history to appropriately respond to the pending motions, to determine whether to file new motions, and to otherwise prepare the case for trial.

4. The undersigned expects that this reassignment will take approximately seven days to occur, and the transition of the case will take some time following the reassignment. We therefore ask the Court to continue the status hearing for at least 30 days, and to delay setting the remaining deadlines until the new prosecution team enters its appearance.

5. This motion has been discussed with counsel for the defendant who have indicated that they have no objection to the government's requests.

Wherefore, the United States respectfully requests that this Court continue the status hearing set for August 31, 2018, and stay the deadlines for filing motions and responses until further order of this Court.

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

BY: s/ Patrick D. Hansen
Patrick D. Hansen
First Assistant U.S. Attorney
318 S. 6th Street Springfield, IL
Phone: 217/492-4450
patrick.hansen@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on the August 30, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to the counsel of record.

<pre>
                                s/ Patrick D. Hansen
                                Patrick D. Hansen
                                First Assistant United States
                                Attorney
                                318 S. Sixth Street Springfield, IL
                                62701 Phone: 217/492-4450
                                patrick.hansen@usdoj.gov
</pre>