UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:16-cr-30061-MFK-TSH |
| AARON J. SCHOCK, ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

Now comes Brian Hayes, Special Assistant United States Attorney, and hereby enters his appearance on behalf of the United States of America in the above-entitled cause.

Respectfully Submitted,

JEFF SESSIONS
ATTORNEY GENERAL OF THE UNITED STATES

John R. Lausch, Jr.
UNITED STATES ATTORNEY

By:   */s/ Brian Hayes*
Brian Hayes
Special Assistant United States Attorney
United States Attorney's Office, NDIL
219 S. Dearborn, 5th Floor
Chicago, Illinois
Telephone: (312) 353-5300

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record.

*/s/ Brian Hayes*
Brian Hayes
Special Assistant United States Attorney
United States Attorney's Office, NDIL
219 S. Dearborn, 5th Floor
Chicago, Illinois
Telephone: (312) 353-5300