UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 16 CR 30061 |
| vs. ) | |
| ) | Judge Matthew F. Kennelly |
| AARON J. SCHOCK ) | |

## **ORDER**

This matter coming to be heard on Defendant' Motion for Discovery of Grand Jury Colloquies (Docket No. 189), and the Court being fully advised on the premises, IT IS HEREBY ORDERED:

1. Defendant's motion for the production of records related to the grand jury proceedings pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(ii) is hereby granted and the government shall produce all transcripts of the colloquies between the government and the grand jury in connection with the grand jury investigation in this matter.

2. The Protective Order previously entered (Docket No. 51), and the Court's directions in its minute entry of March 27, 2017, shall apply to the materials produced pursuant to this Order.

ENTERED:

_____
Matthew F. Kennelly
United States District Judge

DATE: January 15, 2019