UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>AARON J. SCHOCK,  )<br>  )<br>  Defendant.  )  | Case No. 16-cr-30061-MFK-TSH |

**JOINT STATUS REPORT**

The parties, defendant Aaron J. Schock, by and through his counsel George J. Terwilliger III, and the United States of America, by and through John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, submit this joint status report in compliance with the Court's January 15, 2019 Order.

The Court directed the parties to file a joint status report regarding all remaining motions. The following defense motions are presently pending before the Court:

- Motion to Dismiss Counts 14-18 for Failure to State an Offense (Dkt. No. 181);

- Motion for *Brady* and *Giglio* Material Including Notes of Witness Interviews (Dkt. No. 183);

- Motion to Dismiss Indictment for Violation of Fifth Amendment Rights Before the Grand Jury (Dkt. No. 185);

- Motion to Dismiss the Indictment Due to Prejudicial Misconduct Before the Grand Jury or, in the Alternative, to Bar the Use of Evidence Tainted by the Government's Conduct Before the Grand Jury (Dkt. No. 187);

- Motion for Disclosure of Any Reports Regarding Misconduct in Connection with this Case (Dkt. No. 191);

- Motion for Intradistrict Transfer (Dkt. No. 193).

With the exception of the Motion for Intradistrict Transfer, all of the above motions were filed on August 10, 2018, in compliance with the scheduling order then in force. That order set the response date for those motions as September 7, 2018. Prior to that date, the case was transferred to the United States Attorney's Office for the Northern District of Illinois, and this Court vacated the scheduling order.[1]

The parties recently conferred regarding potential resolutions to some of these motions. The government advised it does not object to disclosure of all transcripts of the colloquies between the government and the grand jury in connection with the grand jury investigation in this matter, and the Court has now granted the defense's Motion for Discovery of Grand Jury Colloquies, Dkt. No. 189, and ordered the disclosure of the colloquies, Dkt. No. 204. In addition, the government has represented that it will provide the defense with the agents' notes of interviews in connection with this matter and will undertake a review to ensure that the defense has received all agent reports that the government believes should be produced to the defense. Lastly, the government stated that no report from the Department of Justice's Office of Professional Responsibility ("OPR") presently exists.

It is Mr. Schock's position that, while welcome, the government's commitment to provide Mr. Schock with the agents' notes of interviews addresses, but does not fully provide, the relief requested in Mr. Schock's motion for *Brady* and *Giglio* materials, Dkt. No. 183. In addition to the agents' notes of interviews, Mr. Schock requested the court to order the following relief from the government:

---

[1] We note that many of the motions filed on August 10, 2018 were updated versions of, or related to, motions the defense filed on August 1, 2017 and that the parties subsequently fully briefed. The prior judge did not rule on these motions. Instead, at the request of neither party, the Court dismissed all pending motions as moot following the Seventh Circuit's denial of Mr. Schock's interlocutory appeal on an unrelated motion and granted leave to refile. *See* July 13, 2018 Order.

- Produce all exculpatory, impeaching, or otherwise favorable evidence in its possession;

- Produce the name of any person who was interviewed by or gave a substantive statement to the government in this case for whom the government has not already provided Mr. Schock with a memorandum of interview or a grand jury transcript, and the date(s) of any such interview or substantive statement;

- Comply with its obligations under *Brady* and *Giglio*; and

- Certify (A) that the U.S. Attorney's Office (USAO) has (i) searched all case files and all other files for documents the USAO has reason to believe may contain discoverable information, (ii) sought discoverable information from all government officials and agents of the government the USAO has reason to believe may have discoverable information, and (iii) produced all discoverable materials and information to the defense; or, in the alternative (B) that the USAO has fully complied with Department of Justice Policy regarding criminal discovery as set forth in the U.S. Attorneys' Manual §§ 9-5.000 et seq. and the Criminal Resource Manual 165.

Dkt. No. 183 at 2-3.  The motion also sought information regarding the circumstances surrounding the government's failure to preserve text messages.  Therefore, while the government's pending production of agents' notes addresses a meaningful portion of the relief sought in Mr. Schock's motion, it does not fully moot the motion.  For that reason, Mr. Schock does not intend to ask the Court to withdraw this motion.

Similarly, Mr. Schock's Motion for Disclosure of Any Reports Regarding Misconduct in Connection with this Case, (Dkt. No. 191), sought not only any OPR report, but any report of any internal investigative authority of any investigative agency regarding any government misconduct in this matter.  Dkt. No. 191 at 1.  Mr. Schock also requested that the Court order the government

3

to confirm whether an investigation had been opened, its status, and its disposition, if any. *Id.* The government has confirmed that there is at present no OPR report in this matter, but it has not addressed whether an investigation has been opened, its status, and whether any other investigative authority, including the United States Attorney's Office for the Central District of Illinois, has produced a report. Accordingly, it is Mr. Schock's position that the government's representation does not moot the relief sought in this motion, and therefore Mr. Schock does not intend to ask the Court to withdraw this motion at this time.

The parties recognize that the government's disclosure of the grand jury colloquies and the agents' notes will likely affect the scope of relief Mr. Schock seeks in his pending motions. The grand jury colloquies may provide additional grounds to support or expand either of Mr. Schock's motions relating to government misconduct before the grand jury. Similarly, the content of the agents' notes and the result of the government's review of its productions may inform the scope of relief Mr. Schock will ultimately seek in his *Brady* and *Giglio* motions. The government has represented that these productions may be voluminous. The parties also note that two defense motions will not be affected by the disclosure of the grand jury colloquies and the agents' notes. Mr. Schock's motion to dismiss counts 14-18 (Dkt. No. 181) and motion for intradistrict transfer (Dkt. No. 193) are independent of the discovery issues in the case.

Dated: January 22, 2019                                      Respectfully submitted,

| | |
|---|---|
| JOHN R. LAUSCH, JR.<br>UNITED STATES ATTORNEY<br>By: */s/ Erik Hogstrom*<br>_____<br>Erik A. Hogstrom, Assistant United States Attorney<br>Northern District of Illinois<br>Dirksen Federal Courthouse219 Dearborn Street, | */s/ George J. Terwilliger III*<br>_____<br>George J. Terwilliger III<br>Robert J. Bittman<br>Benjamin L. Hatch<br>**McGuireWoods LLP**<br>2001 K Street N.W., Suite 400 |

Fifth Floor
Chicago, IL 60604
Tel: (217) 492-4450
E-mail: erik.hogstrom@usdoj.gov

Washington, D.C. 20006-1040
Tel: 202.857.2473
Fax: 202.828.2965
Email: gterwilliger@mcguirewoods.com

*/s/ Christina M. Egan*

_____
Christina M. Egan
**MCGUIREWOODS LLP**
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Tel: 312.750.8644
Fax: 312.698.4502
Email: cegan@mcguirewoods.com


*/s/ Jeffrey B. Lang*

_____
Jeffrey B. Lang
**LANE & WATERMAN LLP**
220 N. Main Street, Suite 600
Davenport, Iowa 52801-1987
Tel: 563.333.6647
Fax: 563.324.1616
Email: jlang@L-WLaw.com

*Counsel for Aaron J. Schock*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses disclosed on the pleadings on this 22nd day of January, 2019.

*/s/ George J. Terwilliger III*

George J. Terwilliger III