UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-cr-30061-MFK-TSH |
| AARON J. SCHOCK, | ) |
| Defendant. | ) |

### DEFENDANT AARON J. SCHOCK'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT PERSONAL INTERNATIONAL TRAVEL

The defendant, Aaron J. Schock, by counsel, moves to be permitted to travel internationally to Canada for a personal matter from January 24 to January 28, 2019. In support of this Motion, Mr. Schock states as follows:

1. The conditions of Mr. Schock's pretrial release permit him to travel internationally for work-related matters. (Docket No. 22).

2. Mr. Schock seeks to be permitted to travel internationally to Canada from January 24 to January 28, 2019 for a personal trip during that time period.

3. Counsel for Mr. Schock has communicated with the government regarding this travel request, and the government has indicated it has no objection. We have not been able to reach Mr. Schock's pretrial services officer.

WHEREFORE, Mr. Schock respectfully requests that the Court modify his conditions of pretrial release to permit personal international travel to Canada from January 24 to January 28, 2019.

1

Dated: January 23, 2019 Respectfully submitted,

/s/ George J. Terwilliger III
_____
George J. Terwilliger III
Robert J. Bittman
Benjamin L. Hatch
**MCGUIREWOODS LLP**
2001 K Street N.W., Suite 400
Washington, D.C. 20006-1040
Tel: 202.857.1771
Fax: 202.828.3306
Email: nlewis@mcguirewoods.com

/s/ Christina M. Egan
_____
Christina M. Egan
**MCGUIREWOODS LLP**
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Tel: 312.750.8644
Fax: 312.698.4502
Email: cegan@mcguirewoods.com

/s/ Jeffrey B. Lang
_____
Jeffrey B. Lang
**LANE & WATERMAN LLP**
220 N. Main Street, Suite 600
Davenport, Iowa 52801-1987
Tel: 563.333.6647
Fax: 563.324.1616
Email: jlang@L-WLaw.com

*Counsel for Aaron J. Schock*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses disclosed on the pleadings on January 23, 2019.

*/s/ George J. Terwilliger III*
_____
George J. Terwilliger III