UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-cr-30061-MFK-TSH ) |
| AARON J. SCHOCK, | ) ) ) |
| Defendant. | ) ) |

**SUPPLEMENTAL FILING REGARDING GRAND JURY COLLOQUIES**

The United States of America, by and through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, submits the following as a supplement to previous filings discussing the grand jury colloquies in this matter.

1. In earlier filings in this case, the government provided information concerning instances in which government counsel had addressed with the grand jurors the subject of the defendant's non-appearance before the grand jury. The government advised the Court and the defense that the government had ordered transcription of all the grand jury minutes for both of the grand juries that heard evidence in this investigation. (Dkt. No. 119.) The government further advised that after reviewing the transcripts the government had received, the government had identified eleven instances – seven before the first grand jury and four before the second – in which the subject of the defendant's non-appearance before the grand jury arose during grand jury proceedings. (*Id.*)

2. The government has recently come to agreement with the defense that disclosure of the grand jury minutes to the defense is appropriate, and the parties submitted a proposed disclosure order, which the Court has since entered. (Dkt. No. 204.) As the undersigned was

preparing the colloquy transcripts for production, it appeared to the undersigned that one of the colloquies before the first grand jury had not been transcribed, even though, as the undersigned understands it, the government originally ordered transcription of all the colloquies in this case. The undersigned notified previous government counsel of this apparent oversight. After inquiring with the court reporter for the relevant grand jury sessions, previous government counsel advised the undersigned that, for unknown reasons, the government never received a transcript of the April 7, 2015, colloquy and did not realize this fact until the undersigned inquired.

3. Upon learning of this oversight, the government immediately ordered the April 7, 2015, colloquy transcript, which was provided to the government on January 17, 2019, and produced to the defense on January 19, 2019, along with all other colloquy transcripts, pursuant to the Court's January 15, 2019, Order. The government has advised the defense, and now advises the Court, that the previously untranscribed April 7, 2015, grand jury session included an additional instance in which government counsel referred to the issue of defendant's appearance or non-appearance before the grand jury.

4. It appears that the government's failure to identify this instance earlier was inadvertent – the result of previous government counsel not realizing that one session out of approximately 33 sessions before the first grand jury was not transcribed despite the government having ordered transcription of all colloquies. Nevertheless, to ensure the record is complete and accurate, the government has notified the defense, and hereby notifies the Court, of the previously unidentified instance. As referenced above, pursuant to the Court's January 15, 2019, Order, the government produced to the defense the requested grand jury colloquy transcripts.

Respectfully submitted,

MATTHEW WHITAKER
Acting Attorney General

JOHN R. LASUCH, JR.
United States Attorney
Northern District of Illinois

By: /s/ Erik A. Hogstrom
     Erik A. Hogstrom
     Rick D. Young
     Assistant United States Attorneys
     219 South Dearborn Street, 5th Floor
     Chicago, Illinois 60604
     (312) 353-5300

Dated: January 25, 2019

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses disclosed on the pleadings on this 25th day of January, 2019.

> /s/ Rick D. Young
> Rick D. Young
> Assistant United States Attorney