# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | Case No:   3:16-CR-30061-MFK-TSH |
| | ) | |
| v. | ) | |
| | ) | Judge:   Matthew F. Kennelly |
| Aaron J. Schock | ) | |

## ORDER

Status hearing held on 9/4/2019.   The defendant having complied with the conditions of pretrial diversion, the indictment is dismissed by the government.

Date:  September 4, 2019

s/ Matthew F. Kennelly
Judge Matthew F. Kennelly